# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 151 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/30/2022

August 29, 2022

Honorable Stewart D. Aaron                    **Letter Motion:**
United States Magistrate Judge                 **Extension of Time Request**
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Re: Edgar Pineda Garduno v. Comm'r of SSA  1:22-cv-02137-CM-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings was due on August 26, 2022.  Due to a scheduling oversight Plaintiff has missed the filing date and is one day late. Plaintiff therefore writes to respectfully request that the Court extend Plaintiff's deadline one day to August 29, 2022, and accept his filing *nunc pro tunc*, with the remaining Order to remain in effect and Defendant's deadline extended accordingly.

No previous request for an extension has been made in this case and the Defendant has given consent to this request.  Plaintiff has accordingly filed his motion under separate filing.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre                          Request GRANTED.  SO ORDERED.
Eddy Pierre Pierre, Esq.                        Dated: 8/30/2022
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax                              *Stewart D. Aaron*

Cc:     Heather Sertial, Esq.   (Via ECF)
        Attorney for Defendant.